In the Matter of HERMAN TURKEL, an Attorney, Appellant; ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK, Respondent.

Submitted May 26, 1938; decided July 7, 1938.

654

*Philip C. Samuels, J. Kenneth McCabe* and *George H. Feirberg* for appellant.

*Theodore Kiendl, Einar Chrystie* and *F. Campbell Jeffery* for respondent.

Order reversed and proceeding dismissed as the evidence does not sustain the charge. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O BRIEN, LOUGHRAN and RIPPEY, JJ. Dissenting: HUBBS and FINCH, JJ.